**Order entered March 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01119-CR**
**No. 05-20-01120-CR**
**No. 05-20-01121-CR**
**No. 05-20-01122-CR**
**No. 05-20-01123-CR**
**No. 05-20-01124-CR**
**No. 05-20-01125-CR**

**ANDREW COLE HAMILTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81112-2020, 296-81113-2020, 296-81114-2020,**
**296-81659-2020, 296-81978-2020, 296-82339-2020 & 296-82340-2020**

**ORDER**

The reporter's record in these appeals was due on February 5, 2021. When it was not filed, we notified court reporter Janet Dugger by postcard dated February 9, 2021 that the reporter's record was overdue and directed her to file it by March

11, 2021. To date, the reporter's record has not been filed, and we have had no communication from Janet Dugger regarding the same.

We **ORDER** the reporter's record filed by April 19, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr. Presiding Judge, 296th Judicial District Court; to court reporter Janet Dugger, 296th Judicial District Court; and to counsel for all parties.


/s/    LANA MYERS
            JUSTICE